# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENDRICK DEANDRE JOHNSON

NO. 2025 KW 1259

**MARCH 23, 2026**

---

In Re:    Kendrick Deandre Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-11-0073.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** The district court did not abuse its discretion in summarily dismissing the applications for postconviction relief. Relator failed to establish that relief should be granted. See La. Code Crim. P. art. 929(A), La. Code Crim. P. art. 930.2 & **State ex rel. Tassin v. Whitley,** 602 So.2d 721, 722 (La. 1992).

PMc
TPS

**Greene, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT